1
2
3
4

# UNITED STATES DISTRICT COURT

5

## NORTHERN DISTRICT OF CALIFORNIA

6

7  JOSEPH KRISTOFFER REALICA ALGER,

Case No. 17-cv-03862-WHO

8        Plaintiff,

9      v.

**ORDER ADOPTING REPORT AND RECOMMENDATION FOR DISMISSAL**

10  635 TENNESSEE STREET LLC, et al.,

11        Defendants.

12

13        I have reviewed Magistrate Judge Corley's November 8, 2017 report and recommendation

14  that the plaintiff Joseph Kristoffer Realica Alger's disability case be dismissed without prejudice

15  for failure to prosecute. Dkt. No. 10. No party objected to the report and recommendation with 14

16  days as required under 28 U.S.C. § 636 and Federal Rule of Civil Procedure 71.

17        Having reviewed the Report and Recommendation, as well as the record in this case, I

18  ADOPT Judge Corley's Report and Recommendation in full. This case is DISMISSED without

19  prejudice.

20        **IT IS SO ORDERED.**

21  Dated: February 27, 2018

22
23

_____

24  William H. Orrick
United States District Judge

25
26
27
28